1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW V. SALINAS, | Case No. 1:16-cv-00520 DLB PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br>[ECF No. 12] |
| v. | ORDER DIRECTING CLERK OF COURT TO PROVIDE PLAINTIFF WITH COPY OF THE DOCKET AND A CONSENT/DECLINE FORM |
| KENNETH J. POGUE, et al., | |
| Defendants. | |

    Plaintiff Matthew V. Salinas ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 14, 2016.

    On August 8, 2016, Plaintiff filed a motion seeking an extension of time of court deadlines. Plaintiff states he has been placed in a mental health crisis bed and is unable to receive any incoming mail.  He hopes to be released on or about August 10, 2016.  Plaintiff is advised that the only outstanding court deadline concerns the Court's order of July 26, 2016, in which the Plaintiff was directed to complete and file a consent/decline form indicating whether he consents or declines to the jurisdiction of the magistrate judge.  Good cause having been presented, and GOOD CAUSE APPEARING THEREFOR, Plaintiff will be granted an extension of thirty days to complete and return said form.

    Plaintiff also states he has lost his copy of the case during a recent move and requests a copy

of the docket and case in full.  The Court will direct the Clerk of Court to provide a copy of the docket to Plaintiff; however, to the extent Plaintiff desires copies of documents filed in the case, he is advised that they are not provided free of charge.  Copies up to twenty (20) pages may be made by the Clerk' office at a charge of $.50 per page.  Larger copy orders should be directed to the Court contracted company: ADS (559/233-1475).

IT IS SO ORDERED.

Dated:   **August 15, 2016**                    /s/ *Dennis L. Beck*
                                      UNITED STATES MAGISTRATE JUDGE