UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW V. SALINAS,<br><br>            Plaintiff,<br><br>      vs.<br><br>KENNETH J. POGUE, et al.,<br><br>            Defendants. | 1:16-cv-00520-GSA-PC<br><br>ORDER GRANTING REQUEST FOR COPIES<br>(ECF No. 19.)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF COMPLAINT (ECF No. 1) AND COPY OF DOCKET SHEET |

      Matthew V. Salinas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  On April 4, 2016, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)

      On September 2, 2016, Plaintiff filed a request for a copy of his Complaint and a copy of the docket sheet for this case.  (ECF No. 19.)  Plaintiff asserts that since he filed the Complaint, he has been moved three times to other prisons, and prison officials have lost his personal property, which contained his only copy of the Complaint.

      Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents.  The Clerk charges $.50 per page for copies of documents.  See 28 U.S.C. § 1914(a).  Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees.  The fact that the Court has granted leave for

Plaintiff to proceed in forma pauperis does not entitled him to free copies of documents from the Court.  However, in light of the fact that Plaintiff lost his only copy of the Complaint through no fault of his own, and Plaintiff's Complaint is not voluminous, the Court shall make a one-time exception and provide Plaintiff with a free copy of his Complaint and a copy of the docket sheet for this case.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for copies of his Complaint and docket sheet is GRANTED; and
2. The Clerk is DIRECTED to send Plaintiff a copy of the Complaint filed on April 14, 2016 (ECF No. 1) and a copy of the docket sheet for this case.

IT IS SO ORDERED.

   Dated:  **October 31, 2016**                             **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE